UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAIJAH JABRIEL JACKSON,

Petitioner,

v.

THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES,

Respondent.

Case No. 2:26-cv-2656-JDP (P)

ORDER

Petitioner, a state prisoner, filed this section 2254 action seeking federal habeas relief. The petition fails to set forth any claim for relief, however. The spaces on the form petition reserved for explaining the nature of petitioner's claims have been left blank. Accordingly, I will grant petitioner an opportunity to amend his petition and explain the nature of his claims. I will also grant his application to proceed *in forma pauperis*, ECF No. 2.

The petition is before me for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases. Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response to the petition unless it "plainly appears" that the petitioner is not entitled to relief. *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

The petition is fundamentally defective, as it does not explain the nature of his claims. Accordingly, I cannot effectively screen the petition and determine whether it raises any cognizable federal habeas claim. Within thirty days of this order's entry, petitioner may file an amended petition that explains the basis of his federal habeas claims.

Accordingly, it is ORDERED that:

1. Petitioner's application to proceed *in forma pauperis*, ECF No. 2, is GRANTED.

2. The petition, ECF No. 1, is DISMISSED with leave to amend.

3. Within thirty days from service of this order, petitioner shall file either (1) an amended petition or (2) notice of voluntary dismissal of this action without prejudice.

4. Failure to timely file either an amended petition or notice of voluntary dismissal may result in the imposition of sanctions, including a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

5. The Clerk of Court shall send petitioner a habeas petition form and with this order. If he files an amended petition, he must use this form.

IT IS SO ORDERED.

Dated: August 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE