UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIJAH JABRIEL JACKSON,<br>Petitioner,<br>v.<br>THE SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES,<br>Respondent. | Case No. 2:26-cv-2656-DJC-JDP (P)<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 16, 2026, the Magistrate Judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 16, 2026, ECF No. 9, are adopted in full;

2. The amended petition, ECF No. 7, is DISMISSED as unexhausted and for failure to state a cognizable claim;

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2); and

4. The Clerk of Court is directed to enter judgment and close this action.

IT IS SO ORDERED.

Dated: **November 25, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE